# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

WHAM–O HOLDING, LTD., et al.

                                      Plaintiff,

v.

                                      Case No.: 1:20−cv−03761

                                      Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2020:

      MINUTE entry before the Honorable Manish S. Shah: If no written objections are properly filed by 8/3/20, the court will consider the motion for a preliminary injunction [25] to be unopposed. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.