**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

      Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Civil Action No.: 1:20-cv-03761

Judge Manish S. Shah

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiffs, WHAM-O HOLDING, LTD. and

INTERSPORT CORP. d/b/a WHAM-O ("WHAM-O" or "Plaintiffs"), Motion for a Preliminary

Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiffs' Motion

for Entry of a Preliminary Injunction in its entirety against the defendants identified in Schedule

A (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since

the Defendants directly target their business activities toward consumers in the United States,

including Illinois. Plaintiffs have presented screenshot evidence that each Defendant Internet Store

is reaching out to do business with Illinois residents by operating one or more commercial,

interactive Internet Stores through which Illinois residents can and do purchase products using

counterfeit versions of Plaintiffs' HULA HOOP trademark, U.S. Trademark Registration No.

739,307 ("The HULA HOOP trademark").

THIS COURT FURTHER FINDS that injunctive relief previously granted in the

Temporary Restraining Order ("TRO") should remain in place through the pendency of this

litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of WHAM-O's previously granted Motion for a Temporary Restraining Order establishes that WHAM-O has a likelihood of success on the merits; that no remedy at law exists; and that WHAM-O will suffer irreparable harm if the injunction is not granted.

Specifically, WHAM-O has proved a *prima facie* case of trademark infringement because (1) the HULA HOOP trademark is a distinctive mark and is registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the HULA HOOP trademark, and (3) Defendants' use of the HULA HOOP trademark is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with WHAM-O. Furthermore, Defendants' continued and unauthorized use of the HULA HOOP trademark irreparably harms WHAM-O through diminished goodwill and brand confidence, damage to WHAM-O's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, WHAM-O has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

   a. using the HULA HOOP trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a

genuine HULA HOOP product or not authorized by WHAM-O to be sold in connection with the HULA HOOP trademark;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine HULA HOOP product or any other product produced by WHAM-O, that is not WHAM-O's or not produced under the authorization, control or supervision of WHAM-O and approved by WHAM-O for sale under the HULA HOOP trademark;

c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of WHAM-O, or are sponsored by, approved by, or otherwise connected with HULA HOOP;

d.  further infringing the HULA HOOP trademark and damaging WHAM-O's goodwill;

e.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for WHAM-O, nor authorized by WHAM-O to be sold or offered for sale, and which bear any of the HULA HOOP trademark or any reproductions, counterfeit copies or colorable imitations thereof;

f.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit/Infringing HULA HOOP products; and

g. operating and/or hosting at the Online Marketplace Accounts and any other online marketplace accounts registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the HULA HOOP trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine HULA HOOP product or not authorized by WHAM-O to be sold in connection with the HULA HOOP trademark.

2. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as, but not limited to Amazon, (collectively, "Marketplaces"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the HULA HOOP trademark, including any accounts associated with the Defendants listed in Schedule A;

b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the HULA HOOP trademark; and

c. take all steps necessary to prevent links to the Defendant Online Marketplace Accounts identified in Schedule A from displaying in search results, including, but not limited to, removing links to the Online Marketplace Accounts from any search index.

4

3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplace Accounts or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as Marketplaces, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including PayPal, Alipay, Western Union, third party processors and other payment processing service providers, shippers, and online marketplace registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to WHAM-O expedited discovery, including copies of all documents and records in such person's or entity's possession or control sufficient to determine:

   a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

   b. the nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts;

   c. Defendants' websites and/or any Online Marketplace Accounts;

   d. The Defendant Online Marketplace Accounts registered by Defendants; and

   e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting

in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, PayPal, Alipay, Western Union, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.    Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5.    eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), Context Logic, Inc.("WISH"), Amazon Payments, Inc. ("Amazon"), Alipay US, Inc. and its entities ("Alipay") and Heguang International Limited or Dunhuang Group d/b/a DHGATE, DHGate.com, DHPORT, DHLINK and DHPAY ("DHGate"), shall, within three (3) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

  a.  Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any eBay, PayPal, WISH, Amazon, Alipay and DHGate accounts connected to the information listed in Schedule A hereto or the email addresses identified in Exhibit 2 to the Declaration of Todd Richards; and

  b.  Restrain and enjoin any such accounts or funds that are non-U.S. foreign based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.     Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' Online Marketplace Accounts or websites, shall within three (3) business days of receipt of this Order:

       a. Locate all accounts and funds connected to Defendants, or Defendants' Online Marketplace Accounts, including, but not limited to, any accounts connected to the information listed in Schedule A hereto or the email addresses identified in Exhibit 2 to the Declaration of Todd Richards; and

      b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.     WHAM-O may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Todd Richards and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "Changzhou Beststar Tourist Products Co., Ltd. and all other Defendants identified in Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from Online Marketplace Accounts and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to WHAM-O or on shorter notice as set by this Court.

9.      The $10,000 bond posted by WHAM-O shall remain with the Court until a Final disposition

of this case or until this Preliminary Injunction is terminated.


Dated: August 4, 2020


_____

Manish S. Shah

U.S. District Court Judge

**SCHEDULE A**

| No. | DEFENDANTS |
| --- | --- |
| 1 | Changzhou Beststar Tourist Products Co., Ltd. |
| 2 | Hangzhou Changyi Sporting Goods Co., Ltd. |
| 3 | Hangzhou Sprocare Med Medical Supplies Co.,ltd |
| 4 | Hebei Kang Sheng Yuan Sports Goods Co., Ltd. |
| 5 | Nantong Jinruite Technology Development Co., Ltd. |
| 6 | Ningbo Winz Sports Goods Co., Ltd. |
| 7 | Shanghai Qida Trade Co., Ltd. |
| 8 | Shaoxing Jinlangte Sports Goods Co., Ltd. |
| 9 | Shenzhen Crestgolf Supplies Co., Ltd. |
| 10 | Suqian Feixiang Toy Co., Ltd. |
| 11 | UNISOUL INC. |
| 12 | Yiwu Pincai Daily Necessities Co., Ltd. |
| 13 | Yiwu Saida Sports Products Factory |
| 14 | Yuyao Aggpo Electronic Technology Co., Ltd. |
| 15 | Zhejiang Liangxuan Trade Co., Ltd. |
| 16 | 2006ebseller |
| 17 | 20yes4buy |
| 18 | 2ndheaven2013 |
| 19 | 5minutesforhome |
| 20 | acc2020 |
| 21 | aeolianisland |
| 22 | aletterfroms |
| 23 | alwarysbeauty |
| 24 | anna1825 |
| 25 | a-tristan |
| 26 | auhomeset |
| 27 | autopartnation |
| 28 | auzinn15 |
| 29 | awell-bo |
| 30 | beadsmarket |
| 31 | bestnbestonline |
| 32 | beyondmall |
| 33 | bigbang6604 |
| 34 | bikitique |
| 35 | bilkin-30 |
| 36 | biwecity |
| 37 | bobwang1102 |
| 38 | boysgirlsnew-04 |

| 39 | boysgirlsnew-05 |
| 40 | bychem013 |
| 41 | cetagie-2 |
| 42 | charminggaga |
| 43 | clio4u |
| 44 | conception1248 |
| 45 | coolcargo68 |
| 46 | coolmanloveit2015 |
| 47 | coolscooter |
| 48 | cp-happylife |
| 49 | dadnmonsbasket |
| 50 | danwen-xi |
| 51 | decforhome |
| 52 | deyiz93 |
| 53 | easycommuter |
| 54 | elec-mall |
| 55 | electr_one |
| 56 | ellb4580 |
| 57 | ellieshang |
| 58 | elsa1682 |
| 59 | equalityoutlet |
| 60 | fashionhome_9 |
| 61 | feemo_no1 |
| 62 | foreverforyou2017 |
| 63 | fortune108 |
| 64 | fortunesty |
| 65 | gashinastore |
| 66 | g-blaster |
| 67 | gesmartug |
| 68 | geyanboy_8 |
| 69 | golden_empire2018 |
| 70 | gsa_kmallcom |
| 71 | gzlp09 |
| 72 | happybird2256 |
| 73 | happy-buy-forever |
| 74 | happybuystore_6 |
| 75 | happygotoshop |
| 76 | hellowen3238 |
| 77 | holastore_2018 |
| 78 | hooyon |
| 79 | huainianguoqu14 |

| 80 | hualiisland |
|----|----|
| 81 | huijieltd |
| 82 | ieobgeegr |
| 83 | jerry201818 |
| 84 | jewelry-panbeads |
| 85 | jiurutrade |
| 86 | jj294152023 |
| 87 | jsbay88 |
| 88 | justbuybuybuy17 |
| 89 | jxtechbstore |
| 90 | kaydaily |
| 91 | kikirobuy |
| 92 | lacn147 |
| 93 | leo4trade |
| 94 | libra.studio |
| 95 | liebe_777 |
| 96 | lifefor4u** |
| 97 | life-ocio |
| 98 | lpchenmj |
| 99 | luckystory668 |
| 100 | macxlqery64 |
| 101 | mallcareyou |
| 102 | mallfun |
| 103 | mallhighquality |
| 104 | mallservice |
| 105 | manhatmall |
| 106 | megawheels_online |
| 107 | mickey2875 |
| 108 | motorpartsvalue |
| 109 | mrright0 |
| 110 | mscooter2016 |
| 111 | mscooter-top |
| 112 | myherois126 |
| 113 | myleeshop |
| 114 | my-little-pet |
| 115 | neuhause3339 |
| 116 | neutral888 |
| 117 | niceol |
| 118 | nickplateau |
| 119 | noovira |
| 120 | off-mart |

| 121 | peachpink |
| 122 | pendeln2017 |
| 123 | pinkerpur52 |
| 124 | positive999 |
| 125 | qifa_3 |
| 126 | radima37 |
| 127 | red_river7 |
| 128 | risunstore |
| 129 | ronggxi_obhmkak |
| 130 | sabinasada |
| 131 | scapesajik |
| 132 | shuimohua |
| 133 | sihejumaoyi |
| 134 | smba_sbc |
| 135 | smileface01 |
| 136 | squaregym |
| 137 | sven666 |
| 138 | szming07252 |
| 139 | tangsi1688 |
| 140 | thanks4giving |
| 141 | the_rolling_stones |
| 142 | tingy75 |
| 143 | tj13cn |
| 144 | tobox2020 |
| 145 | top.art.online |
| 146 | top88apple |
| 147 | traumleben |
| 148 | ukings |
| 149 | uksuperstar2018 |
| 150 | vo2531 |
| 151 | voltany |
| 152 | weareeasyshop |
| 153 | wenxinkeji |
| 154 | whitesibirien |
| 155 | wis09dog |
| 156 | xia9472 |
| 157 | xiasanjay_2 |
| 158 | yakir365 |
| 159 | yksheng02 |
| 160 | ymca200808 |
| 161 | yunfuli8960 |

| 162 | 465hgdsf4a6546 |
| 163 | Aley's fast shop |
| 164 | ALONG 's Shop666 |
| 165 | alyssasaed |
| 166 | ASD66 |
| 167 | badening258 |
| 168 | bestbest66 |
| 169 | biigeoled580 |
| 170 | Bingmeiren nv zhuang |
| 171 | camyerdeat |
| 172 | comeacross1 |
| 173 | Daisysun |
| 174 | domitila |
| 175 | esperanza |
| 176 | Fashionpark365 |
| 177 | feixiangxiaodian |
| 178 | Flavor beef jerky Bang bang niu |
| 179 | G4H6S5465G |
| 180 | gaomeijiao2156 |
| 181 | Happy handicrafts store |
| 182 | helloabc2035 |
| 183 | Hollysop |
| 184 | imeonmeon |
| 185 | lingling777 |
| 186 | Live4nowfor |
| 187 | Lovelyhouse520 |
| 188 | lsanbyre |
| 189 | missxu |
| 190 | NB999 |
| 191 | New YE |
| 192 | PInghua89 |
| 193 | pwrimo chharles company |
| 194 | ruixiang862 |
| 195 | sdf65jhgf546 |
| 196 | Shanghai Zhenhong trading Co., Ltd |
| 197 | SHIPFROMEU |
| 198 | skytoan |
| 199 | song yan shop |
| 200 | stronglonghh |
| 201 | TOAEON |
| 202 | TORYEA |

| 203 | Tsjhglsyu345 |
|---|---|
| 204 | Ulittlebanana |
| 205 | Vfjksjlfl23 |
| 206 | VICHAN E-CO |
| 207 | wangyanyan215 |
| 208 | wyek66986 |
| 209 | xiwangtianye |
| 210 | Xshirley |
| 211 | yeskoshe |
| 212 | Ygsdtefcdd56 |
| 213 | yiblakeji |
| 214 | Yunshan Bamboo stores |
| 215 | zxmaz |
| 216 | ZYJ888 |
| 217 | ZYL-A |
| 218 | *m·kvfa* |
| 219 | ♡kidirt♡ 🎉 🎉 |
| 220 | ♡MODAO ♡ Prime? Day Clearance Sale!!! |
| 221 | ♡Ywoow♡ |
| 222 | 3d Murals Photo Gallery |
| 223 | 6Feeki |
| 224 | ACHENYUANYUAN |
| 225 | Adam Macaulay |
| 226 | AGENI |
| 227 | Aimik |
| 228 | akasaw98 |
| 229 | ALOPEX |
| 230 | Arierswing |
| 231 | AUJIEADJUNYI |
| 232 | AUSUKY |
| 233 | Auwer⚙Summer Hot Sale⚙Up To 50% Off⚙. |
| 234 | avbojerbrwa |
| 235 | Baimuda |
| 236 | Banaidi |
| 237 | Bazahy |
| 238 | Beautymall |
| 239 | BerniceKelly |
| 240 | Bethany Home |
| 241 | biteri |
| 242 | BJFSSF |
| 243 | BJJIAJIN |

| 244 | BONBOON |
| 245 | BWOLF |
| 246 | Cenglings |
| 247 | cfbgfd |
| 248 | CHANGFENGUS |
| 249 | Cheer Maker |
| 250 | Cheunglk |
| 251 | CHICchen |
| 252 | ciweixiaohuo |
| 253 | ComCreate |
| 254 | CrushOn |
| 255 | Dainzuy |
| 256 | dgfdgdgd |
| 257 | DLAPL |
| 258 | DODOLOOK US |
| 259 | Dracarys Store |
| 260 | DreamJ |
| 261 | Dreamwork Co., Ltd. |
| 262 | DUANGUOYAN |
| 263 | EODUDO-S |
| 264 | erthree3 |
| 265 | ertyn |
| 266 | EudoUS |
| 267 | Euoso |
| 268 | FakMe |
| 269 | FAN ST. |
| 270 | Fen Xia |
| 271 | ffzhushengmy |
| 272 | FTHK1 |
| 273 | FYSHHDZSWB |
| 274 | Gangkai |
| 275 | gbfgbv |
| 276 | GeekHall |
| 277 | GESECRET |
| 278 | GHPBMZ |
| 279 | GIFTS zwr |
| 280 | Gijoki |
| 281 | GJ2019 |
| 282 | gonikm |
| 283 | GouGoudamai |
| 284 | guohuikeji |

| 285 | guytcom |
|-----|---------|
| 286 | HAOLONGYI |
| 287 | Happy SP |
| 288 | henansuzhiledianzishangwuyouxiangongsi |
| 289 | hengzhenshipinshanghang |
| 290 | Hersheyy |
| 291 | HIFEOS STORE |
| 292 | Higere |
| 293 | HLYPD |
| 294 | Home Medical health Official shop |
| 295 | Houfoo |
| 296 | hPCNjoETsuc |
| 297 | HsuoWu |
| 298 | INOBLXR |
| 299 | Jaklove |
| 300 | Jiayit |
| 301 | JingLiang Li-us |
| 302 | Jiusike |
| 303 | Jk-Sr |
| 304 | JW Fashion |
| 305 | KaiYunKeJi |
| 306 | kfdgvsdj |
| 307 | KSDK |
| 308 | KT-Studio |
| 309 | KU LI |
| 310 | kuanus |
| 311 | langya store |
| 312 | laye |
| 313 | LDQ2019 |
| 314 | Lee Sports |
| 315 | Let's go travel |
| 316 | lfggb |
| 317 | liang- |
| 318 | Life in the desert oasis world |
| 319 | LingBaBaihuo |
| 320 | Lingery |
| 321 | Linxian Tuban fengpingfuzhuangxiemaodian |
| 322 | LinXianHuiZhongBaiHuoDian |
| 323 | LI-PENG |
| 324 | liu qilei |
| 325 | LKHRS |

| 326 | LOPDJSEG |
| 327 | LTDD |
| 328 | luohushanghang |
| 329 | lXYcjJmyKvV |
| 330 | LY-GO |
| 331 | makoo |
| 332 | Master Deng |
| 333 | mengming us |
| 334 | Messagely |
| 335 | mksznaPxr |
| 336 | Moggem Store |
| 337 | MZ JCSWHGMYXGS |
| 338 | Nalong Electronics Co., Ltd. |
| 339 | Newland |
| 340 | nice day |
| 341 | NOENNULL _House11 |
| 342 | nuahga |
| 343 | nxiantaix |
| 344 | PAOxiao |
| 345 | PickTek |
| 346 | Portos Max |
| 347 | PRE-LIFE |
| 348 | Pvnoocy |
| 349 | qiaolushangmao |
| 350 | QIJINGYIHUA |
| 351 | qinguo123 |
| 352 | QSPMGSE |
| 353 | QUAN--YOU |
| 354 | Redpol |
| 355 | ricalrechi23 |
| 356 | Round2Quit |
| 357 | ruykjnbd |
| 358 | Sail Sailing |
| 359 | sfafdsfdsf |
| 360 | Shakam global |
| 361 | ShanlinBaihuo |
| 362 | shanxijingbojuekejiyouxiangongsi |
| 363 | shengdecheng |
| 364 | SHERRY-SHOP |
| 365 | Shuaihan |
| 366 | Simonseason |

| 367 | Sinzelimin |
|---|---|
| 368 | SiQing |
| 369 | smiela |
| 370 | snowvirtuos |
| 371 | Song Yao |
| 372 | SOTTYH |
| 373 | SPBNrDuRjFn |
| 374 | squellcheng |
| 375 | Sunny-house |
| 376 | sweetheart lover |
| 377 | TADAMI |
| 378 | TaemBuy. |
| 379 | TOPBIGGER ⚙ ⚙ Up to 70% Big Promotion Sale |
| 380 | Tourequi |
| 381 | TWQQUS |
| 382 | US-CZ-XING |
| 383 | uson |
| 384 | Uuna Store |
| 385 | Uwitstar |
| 386 | Vansee♡ ♡ hot sale !!! |
| 387 | VenerateCAR |
| 388 | Viedoct |
| 389 | vivioi |
| 390 | WangYings |
| 391 | WeiLiAA |
| 392 | Winfred Maurice |
| 393 | WONIUJIN |
| 394 | WU-LERY |
| 395 | xiamenxiangqi |
| 396 | XiAnShi BeiLinQu LingKongBaiHuoShangMaoDian |
| 397 | xianshiyantaquzhaohuanbaihuobianlidian |
| 398 | xiaogao shop |
| 399 | XIAOL-DNXC |
| 400 | XingHua Tongmuju Electronic Commerce Co., Ltd, |
| 401 | XUNMAiF |
| 402 | XY Direct |
| 403 | YAOYAO--BIAN |
| 404 | YibaiyiBaihuodian |
| 405 | yidadian |
| 406 | YongJiangJiaJuHang |
| 407 | Yongqinghui |

| | |
|---|---|
| 408 | YOU^NEN |
| 409 | Youen Direct |
| 410 | youqingren |
| 411 | YQCOM |
| 412 | ytiukjmn |
| 413 | YUANJIAN |
| 414 | YunFine INC |
| 415 | YUSDP |
| 416 | Yvm11 |
| 417 | Zaozhuying |
| 418 | Zehui Trade |
| 419 | Zhang weiwei BU |
| 420 | zhangxiaojing |
| 421 | zhao456 |
| 422 | ZhiSong |
| 423 | ZHYL |
| 424 | Zqasales Direct |
| 425 | ZSMING XIONGQI |
| 426 | 404_NTFound Store |
| 427 | 5Billion-Fitness Store |
| 428 | A Outdoor Store |
| 429 | ABbbbi Store |
| 430 | Actively & outdoor Store |
| 431 | Actively Up Store |
| 432 | Adventure outdoor franchise Store |
| 433 | Adventure Outdoor Store |
| 434 | Adventurer Outdoor Store |
| 435 | Aimigo & Exercise Store |
| 436 | All-inclusive Outdoor Store |
| 437 | Angler & Cyclist's Store |
| 438 | Athletics Outdoor Store |
| 439 | Baby DD Store |
| 440 | BC Music Store |
| 441 | Bluenight Outdoors Store |
| 442 | Brilliant Outdoor Store |
| 443 | By-Shine Store |
| 444 | Calla Outdoorsports Store |
| 445 | Camtoa Outdoor Store |
| 446 | CXF Store |
| 447 | Desirable Lifestyle Home- Store |
| 448 | Devil's Daily Parity Store |

| 449 | DiDiBaby Store |
|-----|----------------|
| 450 | Dropshipping Outlet Store |
| 451 | easygoing4 |
| 452 | Eileen Zhang Store |
| 453 | Energetic Store |
| 454 | Enjoying Your Sporting Life Store |
| 455 | Enjoy-Your-Life Store |
| 456 | Exercise builds self and challenges extremes Store |
| 457 | Exercise together Store |
| 458 | EZ Housework Store |
| 459 | Fantabulous Store |
| 460 | Fashional Clothes dropshipping Store |
| 461 | Fiddlesticks Store |
| 462 | FireFox outdoor Store |
| 463 | Fishing Day Store |
| 464 | Fitness & Life Store |
| 465 | Fitness Younger Store |
| 466 | Fizz Store |
| 467 | Forever- younger Store |
| 468 | Future Outdoor Store |
| 469 | Fuuny Outdoor Cycling Store |
| 470 | Gangplank Store |
| 471 | Global Adventure Store |
| 472 | Global Sporting Store |
| 473 | Going Sporting Store |
| 474 | good luck 666 Store |
| 475 | Go-Outing Store |
| 476 | Guiseapue Store |
| 477 | Guitar bag Store |
| 478 | Hangzhou Suoyin Import & Export Co., Ltd. |
| 479 | happyeasybuy01 |
| 480 | He Zong Outdoor Store |
| 481 | Hi,Outdoor Store |
| 482 | HJ Life has you Store |
| 483 | HomeBeOfficial Store |
| 484 | Huaswin Store |
| 485 | Icycling GO Store |
| 486 | Irelia Store |
| 487 | Jamescastle Store |
| 488 | JIAXI House Store |
| 489 | JOSHNESE outdoor fitness Store |

| 490 | Keep-Running Store |
|-----|-------------------|
| 491 | let'skeeping Store |
| 492 | Litei96 Store |
| 493 | Lokie's Store |
| 494 | LT Outdoor Suppliers Store |
| 495 | Mi Smart- Store |
| 496 | My New Bag Store |
| 497 | Nantong Bodyplus Trading Co., Ltd. |
| 498 | Nice-30-Days Store |
| 499 | Ningbo Wonderful Plastic Industry And Trade Co., Ltd. |
| 500 | NOEBY OnlyOne Store |
| 501 | OHDREAM Rise Outdoor Fitness Store |
| 502 | OUO Fitness Store |
| 503 | Outdoor Adventure World Store |
| 504 | Outdoor Assistant Store |
| 505 | Outdoor Center Store |
| 506 | Outdoor Factory Drop Shipping Wholesaler Keep Moving Store |
| 507 | Outdoor Fitness & Cycling Store |
| 508 | Outdoor Goods Store |
| 509 | Outdoor Goods Wholesaler Drop Shipper Store |
| 510 | Outdoor Hobby Store |
| 511 | Outdoor Relaxing Store |
| 512 | Outdoor Sporting - Keep Healthy Store |
| 513 | Outdoor Wholesaler Drop Ship Towards Victory Store |
| 514 | Outdoors Life Store |
| 515 | Outdoor-Sport Store |
| 516 | Pro Hiker Store |
| 517 | ProOutdoor Store |
| 518 | QILILANG Store |
| 519 | Relax oneself Store |
| 520 | Rujia Bike Store |
| 521 | SeizeThe Day Store |
| 522 | Shop1742026 Store |
| 523 | Shop3901062 Store |
| 524 | Shop4679017 Store |
| 525 | Shop4800046 Store |
| 526 | Shop4998130 Store |
| 527 | Shop5315011 Store |
| 528 | Shop5423114 Store |
| 529 | Shop5598201 Store |
| 530 | Shop5623092 Store |

| | |
|---|---|
| 531 | Shop5623186 Store |
| 532 | Shop5628321 Store |
| 533 | Shop5723082 Store |
| 534 | Shop5789161 Store |
| 535 | Shop801868 Store |
| 536 | Shop900058002 Store |
| 537 | Sikiwind Outdoor Store |
| 538 | Sikiwind Outdoor Store Store |
| 539 | Sion Store |
| 540 | Smart-home-Xiaomi Store |
| 541 | Splendiferous Go To Go Store |
| 542 | Sportsdiary Store |
| 543 | Sportworld Store |
| 544 | Staying Footprints Store |
| 545 | Suamo955 Store |
| 546 | Suntekcam Trail camera Store |
| 547 | superCassiopeia Store |
| 548 | superChoGath Store |
| 549 | Tools Heaven Store |
| 550 | Vicki Purdy Store |
| 551 | VIVIESTA SPORT Official Store |
| 552 | Wayfaring Outdoor Area Store |
| 553 | WEIHUA Movement supplies Store |
| 554 | Wholesaler Keep Moving Store |
| 555 | Wonder Outdoor Store |
| 556 | Wuxi Stoter Import And Export Company Ltd. |
| 557 | Yongkang Taqing Trade Co., Ltd. |
| 558 | Youchuang Co.,Ltd |
| 559 | Yunhua Shen's store |
| 560 | Yu's Outdoor Fun Store |
| 561 | ZAJK292 Outdoor Store |
| 562 | Zhejiang Jinyuan Machinery Co., Ltd. |
| 563 | Zindy's Store |
| 564 | all_sport |
| 565 | Babysupplies |
| 566 | Bestjerseys2020 |
| 567 | cfgs |
| 568 | Dadoudou |
| 569 | Dayao05 |
| 570 | easy_deal_tech |
| 571 | enjoyweekend |

| 572 | Funibaoluo |
|-----|------------|
| 573 | Hcaihong |
| 574 | hepsi_kids_toys |
| 575 | hlq1027 |
| 576 | homeworld |
| 577 | hopestar168 |
| 578 | Isearching |
| 579 | Jooyoo |
| 580 | jurassicstore |
| 581 | justokay |
| 582 | lahong |
| 583 | leviis |
| 584 | Liangliang5 |
| 585 | lookest |
| 586 | loungersofa |
| 587 | Loverbeauty |
| 588 | mandystores |
| 589 | mouney |