**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-03761

Judge Manish S. Shah

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 87 | jsbay88 |
| 108 | motorpartsvalue |
| 356 | Round2Quit |
| 205 | VfjksjlfI23 |
| 212 | Ygsdtefcdd56 |
| 181 | Happy handicrafts store |
| 178 | Flavor beef jerky Bang bang niu |
| 188 | lsanbyre |
| 170 | Bingmeiren nv zhuang |
| 203 | Tsjhglsyu345 |
| 177 | feixiangxiaodian |

DATED: August 14, 2020          Respectfully submitted,

                                             */s/ Keith A. Vogt*
                                             Keith A. Vogt (Bar No. 6207971)
                                             Keith Vogt, Ltd.
                                             111 West Jackson Boulevard, Suite 1700
                                             Chicago, Illinois 60604
                                             Telephone: 312-675-6079
                                             E-mail: keith@vogtip.com

                                             ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 14, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt