# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-03761

Judge Manish S. Shah

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 163 | Aley's fast shop |
| 164 | ALONG 's Shop666 |
| 189 | missxu |
| 191 | New YE |
| 193 | pwrimo chharles company |
| 210 | Xshirley |
| 261 | Dreamwork Co., Ltd. |
| 320 | Lingery |
| 246 | Cenglings |
| 437 | Angler & Cyclist's Store |
| 445 | Camtoa Outdoor Store |
| 428 | A Outdoor Store |
| 436 | All-inclusive Outdoor Store |
| 459 | Fantabulous Store |
| 555 | Wonder Outdoor Store |
| 563 | Zindy's Store |
| 388 | Viedoct |
| 369 | smiela |
| 282 | gonikm |
| 336 | Moggem Store |

| | |
|---|---|
| 493 | Lokie's Store |
| 559 | Yunhua Shen's store |
| 187 | Lovelyhouse520 |
| 176 | Fashionpark365 |
| 215 | zxmaz |
| 199 | song yan shop |
| 221 | ♡Ywoow♡ |
| 408 | YOU^NEN |
| 409 | Youen Direct |
| 45 | coolcargo68 |
| 386 | Vansee♡ ♡ hot sale !!! |
| 377 | TADAMI |
| 300 | Jiayit |
| 255 | Dainzuy |

DATED:  October 5, 2020               Respectfully submitted,

>  */s/ Keith A. Vogt*
>  Keith A. Vogt (Bar No. 6207971)
>  Keith Vogt, Ltd.
>  111 West Jackson Boulevard, Suite 1700
>  Chicago, Illinois 60604
>  Telephone: 312-675-6079
>  E-mail: keith@vogtip.com
>
>  ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 5, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt