**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-03761

Judge Manish S. Shah

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 28 | auzinn15 |
| 348 | Pvnoocy |
| 21 | aeolianisland |
| 31 | bestnbestonline |
| 32 | beyondmall |
| 43 | clio4u |
| 145 | top.art.online |
| 154 | whitesibirien |
| 42 | charminggaga |
| 49 | dadnmonsbasket |
| 59 | equalityoutlet |
| 80 | hualiisland |
| 94 | libra.studio |
| 103 | mallhighquality |
| 160 | ymca200808 |
| 62 | foreverforyou2017 |
| 84 | jewelry-panbeads |
| 121 | peachpink |
| 30 | beadsmarket |
| 114 | my-little-pet |

DATED: October 11, 2020         Respectfully submitted,

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt (Bar No. 6207971)
                                               Keith Vogt, Ltd.
                                               111 West Jackson Boulevard, Suite 1700
                                               Chicago, Illinois 60604
                                               Telephone: 312-675-6079
                                               E-mail: keith@vogtip.com

                                               ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 11, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                             */s/ Keith A. Vogt*
                                                             Keith A. Vogt