**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

       Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

Case No.:  20-cv-03761

Judge Manish S. Shah

**FINAL JUDGMENT ORDER**

This action having been commenced by WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O ("WHAM-O" or "Plaintiffs") against the defendants identified in the attached First Amended Schedule A and using the Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and WHAM-O having moved for entry of Default and Default Judgment against the defendants identified in the First Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by WHAM-O, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

WHAM-O having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in the case through appropriate counsel of record, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Plaintiffs have presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiffs' Trademark, which is protected by U.S. Trademark Registration No. 739,307 (the "HULA HOOP Trademark").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that WHAM-O's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the HULA HOOP Trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine

2

WHAM-O Product or not authorized by WHAM-O to be sold in connection with the HULA HOOP Trademark;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine WHAM-O Product or any other product produced by WHAM-O, that is not WHAM-O's or not produced under the authorization, control or supervision of WHAM-O and approved by WHAM-O for sale under the HULA HOOP Trademark;

c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of WHAM-O, or are sponsored by, approved by, or otherwise connected with WHAM-O;

d.  further infringing the HULA HOOP Trademark and damaging WHAM-O's goodwill;

e.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for WHAM-O, nor authorized by WHAM-O to be sold or offered for sale, and which bear any of the HULA HOOP Trademark or any reproductions, counterfeit copies or colorable imitations thereof;

f.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

g.  operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the HULA HOOP Trademark or any reproductions, counterfeit copies or colorable imitations thereof

3

that is not a genuine WHAM-O Product or not authorized by WHAM-O to be sold in connection with the HULA HOOP Trademark.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the HULA HOOP Trademark, including any accounts associated with the Defaulting Defendants listed on the First Amended Schedule A attached hereto;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the HULA HOOP Trademark; and

c. take all steps necessary to prevent links to the Defendants identified on the First Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), WHAM-O is awarded statutory damages from each of the Defaulting Defendants in the amount of seventy-five thousand dollars ($75,000) for willful use of counterfeit HULA HOOP Trademark on products sold through at least the Defendant Internet Stores.

4. Amazon Payments, Inc. ("Amazon"), ContextLogic, Inc. ("WISH"), PayPal, Inc. ("PayPal"), eBay, Inc. ("eBay") and Alipay US, Inc. ("Alipay"), and Dunhuang Group d/b/a DHGATE, DHGate.com, DHPORT, DHLINK and DHPAY ("DHGate") shall,

4

within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets, until the award of statutory damages has been satisfied.

5.    All monies currently restrained in Defaulting Defendants' financial accounts, up to the amount of statutory damages awarded above, including monies held by eBay, PayPal, WISH, Amazon, Alipay, and DHGate, are hereby released to WHAM-O as partial payment of the above-identified damages, and eBay, PayPal, WISH, Amazon, Alipay, and DHGate is ordered to release to WHAM-O the amounts from Defaulting Defendants' eBay, PayPal, WISH, Amazon, Alipay, and DHGate accounts within ten (10) business days of receipt of this Order.

6.    Until WHAM-O has recovered full payment of monies owed to it by any Defaulting Defendant, WHAM-O shall have the ongoing authority to serve this Order on eBay, PayPal, WISH, Amazon, Alipay, and DHGate in the event that any new accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, eBay, PayPal, WISH, Amazon, Alipay, and DHGate shall within two (2) business days:

a.    Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any eBay, PayPal, WISH, Amazon, Alipay, and DHGate accounts;

b.    Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' eBay, PayPal, WISH, Amazon, Alipay, and DHGate accounts to WHAM-O as partial payment of the above-identified damages within ten (10) business days of receipt of this Order, up to the amount awarded.

d. Upon Plaintiffs' request, the Internet marketplace website operators and/or admisnistrators for the Seller IDs shall disable and/or cease facilitating access to the Seller IDs, including any other alias seller identification names being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiffs HULA HOOP Trademark.

7.  Until WHAM-O has recovered full payment of monies owed to it by any Defaulting Defendant, WHAM-O shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to WHAM-O as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

d. Upon Plaintiffs' request, the Internet marketplace website operators and/or administrators for the Seller IDs shall disable and/or cease facilitating access to the Seller IDs, including any other alias seller identification names being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiffs' HULA HOOP Trademark.

8. In the event that WHAM-O identifies any additional online marketplace accounts, financial accounts owned by Defaulting Defendants, WHAM-O may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 2 to the Declaration of Todd Richards and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The bond posted by Plaintiffs in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiffs or Plaintiffs' counsel.

This is a Final Judgment. There is no just reason to delay entry of judgment against the Defaulting Defendants.

Dated: October 23, 2020

_____
Manish S. Shah
United States District Court Judge

## FIRST AMENDED SCHEDULE A

| No. | DEFENDANTS |
|-----|------------|
| 1 | Changzhou Beststar Tourist Products Co., Ltd. |
| 2 | Hangzhou Changyi Sporting Goods Co., Ltd. |
| 3 | |
| 4 | Hebei Kang Sheng Yuan Sports Goods Co., Ltd. |
| 5 | Nantong Jinruite Technology Development Co., Ltd. |
| 6 | Ningbo Winz Sports Goods Co., Ltd. |
| 7 | Shanghai Qida Trade Co., Ltd. |
| 8 | Shaoxing Jinlangte Sports Goods Co., Ltd. |
| 9 | |
| 10 | Suqian Feixiang Toy Co., Ltd. |
| 11 | |
| 12 | Yiwu Pincai Daily Necessities Co., Ltd. |
| 13 | Yiwu Saida Sports Products Factory |
| 14 | Yuyao Aggpo Electronic Technology Co., Ltd. |
| 15 | Zhejiang Liangxuan Trade Co., Ltd. |
| 16 | |
| 17 | |
| 18 | |
| 19 | 5minutesforhome |
| 20 | acc2020 |
| 21 | |
| 22 | aletterfroms |
| 23 | alwarysbeauty |
| 24 | |
| 25 | a-tristan |
| 26 | auhomeset |
| 27 | |
| 28 | |
| 29 | awell-bo |
| 30 | |
| 31 | |
| 32 | |
| 33 | bigbang6604 |
| 34 | bikitique |
| 35 | bilkin-30 |
| 36 | |
| 37 | bobwang1102 |
| 38 | |

| 39 | |
| 40 | |
| 41 | cetagie-2 |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | coolscooter |
| 48 | cp-happylife |
| 49 | |
| 50 | |
| 51 | decforhome |
| 52 | |
| 53 | easycommuter |
| 54 | |
| 55 | electr_one |
| 56 | ellb4580 |
| 57 | |
| 58 | |
| 59 | |
| 60 | fashionhome_9 |
| 61 | feemo_no1 |
| 62 | |
| 63 | fortune108 |
| 64 | |
| 65 | gashinastore |
| 66 | |
| 67 | gesmartug |
| 68 | geyanboy_8 |
| 69 | |
| 70 | gsa_kmallcom |
| 71 | gzlp09 |
| 72 | |
| 73 | happy-buy-forever |
| 74 | happybuystore_6 |
| 75 | happygotoshop |
| 76 | |

| 77  |                     |
|-----|---------------------|
| 78  | hooyon              |
| 79  | huainianguoqu14     |
| 80  |                     |
| 81  | huijieltd           |
| 82  | ieobgeegr           |
| 83  |                     |
| 84  |                     |
| 85  | jiurutrade          |
| 86  |                     |
| 87  |                     |
| 88  | justbuybuybuy17     |
| 89  | jxtechbstore        |
| 90  |                     |
| 91  | kikirobuy           |
| 92  | lacn147             |
| 93  | leo4trade           |
| 94  |                     |
| 95  | liebe_777           |
| 96  |                     |
| 97  | life-ocio           |
| 98  | lpchenmj            |
| 99  | luckystory668       |
| 100 |                     |
| 101 | mallcareyou         |
| 102 | mallfun             |
| 103 |                     |
| 104 | mallservice         |
| 105 | manhatmall          |
| 106 | megawheels_online   |
| 107 |                     |
| 108 |                     |
| 109 | mrright0            |
| 110 | mscooter2016        |
| 111 | mscooter-top        |
| 112 | myherois126         |
| 113 | myleeshop           |
| 114 |                     |
| 115 | neuhause3339        |
| 116 |                     |
| 117 |                     |

| 118 | nickplateau |
| 119 | |
| 120 | off-mart |
| 121 | |
| 122 | pendeln2017 |
| 123 | pinkerpur52 |
| 124 | |
| 125 | qifa_3 |
| 126 | radima37 |
| 127 | red_river7 |
| 128 | |
| 129 | |
| 130 | |
| 131 | scapesajik |
| 132 | shuimohua |
| 133 | sihejumaoyi |
| 134 | smba_sbc |
| 135 | smileface01 |
| 136 | |
| 137 | |
| 138 | szming07252 |
| 139 | tangsi1688 |
| 140 | |
| 141 | the_rolling_stones |
| 142 | |
| 143 | tj13cn |
| 144 | |
| 145 | |
| 146 | top88apple |
| 147 | |
| 148 | ukings |
| 149 | |
| 150 | |
| 151 | voltany |
| 152 | |
| 153 | |
| 154 | |
| 155 | wis09dog |
| 156 | xia9472 |
| 157 | |
| 158 | |

| 159 | yksheng02 |
|-----|-----------|
| 160 | |
| 161 | yunfuli8960 |
| 162 | |
| 163 | |
| 164 | |
| 165 | |
| 166 | ASD66 |
| 167 | |
| 168 | |
| 169 | |
| 170 | |
| 171 | |
| 172 | |
| 173 | |
| 174 | |
| 175 | |
| 176 | |
| 177 | |
| 178 | |
| 179 | |
| 180 | |
| 181 | |
| 182 | |
| 183 | |
| 184 | |
| 185 | |
| 186 | |
| 187 | |
| 188 | |
| 189 | |
| 190 | NB999 |
| 191 | |
| 192 | |
| 193 | |
| 194 | |
| 195 | |
| 196 | Shanghai Zhenhong trading Co., Ltd |
| 197 | |
| 198 | skytoan |
| 199 | |

| 200 | |
| 201 | |
| 202 | |
| 203 | |
| 204 | |
| 205 | |
| 206 | VICHAN E-CO |
| 207 | |
| 208 | |
| 209 | |
| 210 | |
| 211 | |
| 212 | |
| 213 | |
| 214 | |
| 215 | |
| 216 | ZYJ888 |
| 217 | ZYL-A |
| 218 | *m·kvfa* |
| 219 | ♡kidirt♡ 💐💐 |
| 220 | |
| 221 | |
| 222 | 3d Murals Photo Gallery |
| 223 | 6Feeki |
| 224 | |
| 225 | Adam Macaulay |
| 226 | AGENI |
| 227 | |
| 228 | akasaw98 |
| 229 | |
| 230 | Arierswing |
| 231 | AUJIEADJUNYI |
| 232 | |
| 233 | |
| 234 | avbojerbrwa |
| 235 | Baimuda |
| 236 | Banaidi |
| 237 | |
| 238 | Beautymall |
| 239 | |

| 240 | Bethany Home |
|-----|--------------|
| 241 | biteri |
| 242 | BJFSSF |
| 243 | BJJIAJIN |
| 244 | BONBOON |
| 245 | |
| 246 | |
| 247 | cfbgfd |
| 248 | CHANGFENGUS |
| 249 | |
| 250 | |
| 251 | |
| 252 | |
| 253 | |
| 254 | |
| 255 | |
| 256 | dgfdgdgd |
| 257 | DLAPL |
| 258 | DODOLOOK US |
| 259 | |
| 260 | |
| 261 | |
| 262 | DUANGUOYAN |
| 263 | EODUDO-S |
| 264 | |
| 265 | |
| 266 | |
| 267 | Euoso |
| 268 | |
| 269 | FAN ST. |
| 270 | Fen Xia |
| 271 | ffzhushengmy |
| 272 | FTHK1 |
| 273 | FYSHHDZSWB |
| 274 | Gangkai |
| 275 | |
| 276 | |
| 277 | GESECRET |
| 278 | GHPBMZ |
| 279 | GIFTS zwr |
| 280 | Gijoki |

| 281 | GJ2019 |
| 282 | |
| 283 | GouGoudamai |
| 284 | guohuikeji |
| 285 | guytcom |
| 286 | HAOLONGYI |
| 287 | Happy SP |
| 288 | henansuzhiledianzishangwuyouxiangongsi |
| 289 | hengzhenshipinshanghang |
| 290 | Hersheyy |
| 291 | |
| 292 | Higere |
| 293 | HLYPD |
| 294 | Home Medical health Official shop |
| 295 | |
| 296 | |
| 297 | |
| 298 | INOBLXR |
| 299 | |
| 300 | |
| 301 | JingLiang Li-us |
| 302 | |
| 303 | |
| 304 | JW Fashion |
| 305 | KaiYunKeJi |
| 306 | |
| 307 | KSDK |
| 308 | KT-Studio |
| 309 | KU LI |
| 310 | kuanus |
| 311 | langya store |
| 312 | laye |
| 313 | LDQ2019 |
| 314 | Lee Sports |
| 315 | Let's go travel |
| 316 | |
| 317 | |
| 318 | Life in the desert oasis world |
| 319 | LingBaBaihuo |
| 320 | |
| 321 | Linxian Tuban fengpingpfuzhuangxiemaodian |

| 322 | LinXianHuiZhongBaiHuoDian |
|-----|----------------------------|
| 323 | LI-PENG |
| 324 | liu qilei |
| 325 | LKHRS |
| 326 | LOPDJSEG |
| 327 | LTDD |
| 328 | luohushanghang |
| 329 | lXYcjJmyKvV |
| 330 | LY-GO |
| 331 | makoo |
| 332 | Master Deng |
| 333 | mengming us |
| 334 | |
| 335 | mksznaPxr |
| 336 | |
| 337 | MZ JCSWHGMYXGS |
| 338 | Nalong Electronics Co., Ltd. |
| 339 | |
| 340 | nice day |
| 341 | |
| 342 | |
| 343 | |
| 344 | PAOxiao |
| 345 | |
| 346 | Portos Max |
| 347 | PRE-LIFE |
| 348 | |
| 349 | qiaolushangmao |
| 350 | QIJINGYIHUA |
| 351 | qinguo123 |
| 352 | QSPMGSE |
| 353 | QUAN--YOU |
| 354 | Redpol |
| 355 | |
| 356 | |
| 357 | |
| 358 | |
| 359 | sfafdsfdsf |
| 360 | Shakam global |
| 361 | ShanlinBaihuo |
| 362 | shanxijingbojuekejiyouxiangongsi |

| 363 | shengdecheng |
|---|---|
| 364 | SHERRY-SHOP |
| 365 | Shuaihan |
| 366 | Simonseason |
| 367 | |
| 368 | |
| 369 | |
| 370 | snowvirtuos |
| 371 | Song Yao |
| 372 | SOTTYH |
| 373 | SPBNrDuRjFn |
| 374 | squellcheng |
| 375 | Sunny-house |
| 376 | |
| 377 | |
| 378 | |
| 379 | |
| 380 | |
| 381 | |
| 382 | US-CZ-XING |
| 383 | uson |
| 384 | Uuna Store |
| 385 | |
| 386 | |
| 387 | |
| 388 | |
| 389 | vivioi |
| 390 | |
| 391 | WeiLiAA |
| 392 | Winfred Maurice |
| 393 | |
| 394 | WU-LERY |
| 395 | |
| 396 | XiAnShi BeiLinQu LingKongBaiHuoShangMaoDian |
| 397 | xianshiyantaquzhaohuanbaihuobianlidian |
| 398 | xiaogao shop |
| 399 | XIAOL-DNXC |
| 400 | XingHua Tongmuju Electronic Commerce Co., Ltd, |
| 401 | XUNMAiF |
| 402 | XY Direct |
| 403 | YAOYAO--BIAN |

| | |
|---|---|
| 404 | YibaiyiBaihuodian |
| 405 | yidadian |
| 406 | YongJiangJiaJuHang |
| 407 | Yongqinghui |
| 408 | |
| 409 | |
| 410 | |
| 411 | YQCOM |
| 412 | |
| 413 | YUANJIAN |
| 414 | YunFine INC |
| 415 | |
| 416 | Yvm11 |
| 417 | |
| 418 | |
| 419 | Zhang weiwei BU |
| 420 | zhangxiaojing |
| 421 | zhao456 |
| 422 | ZhiSong |
| 423 | ZHYL |
| 424 | Zqasales Direct |
| 425 | ZSMING XIONGQI |
| 426 | 404_NTFound Store |
| 427 | 5Billion-Fitness Store |
| 428 | |
| 429 | |
| 430 | Actively & outdoor Store |
| 431 | |
| 432 | |
| 433 | |
| 434 | |
| 435 | Aimigo & Exercise Store |
| 436 | |
| 437 | |
| 438 | Athletics Outdoor Store |
| 439 | Baby DD Store |
| 440 | BC Music Store |
| 441 | |
| 442 | Brilliant Outdoor Store |
| 443 | |
| 444 | Calla Outdoorsports Store |

| | |
|---|---|
| 445 | |
| 446 | |
| 447 | |
| 448 | Devil's Daily Parity Store |
| 449 | DiDiBaby Store |
| 450 | |
| 451 | |
| 452 | Eileen Zhang Store |
| 453 | Energetic Store |
| 454 | Enjoying Your Sporting Life Store |
| 455 | |
| 456 | |
| 457 | Exercise together Store |
| 458 | EZ Housework Store |
| 459 | |
| 460 | Fashional Clothes dropshipping Store |
| 461 | Fiddlesticks Store |
| 462 | |
| 463 | Fishing Day Store |
| 464 | |
| 465 | Fitness Younger Store |
| 466 | Fizz Store |
| 467 | Forever- younger Store |
| 468 | Future Outdoor Store |
| 469 | Fuuny Outdoor Cycling Store |
| 470 | Gangplank Store |
| 471 | |
| 472 | |
| 473 | Going Sporting Store |
| 474 | good luck 666 Store |
| 475 | Go-Outing Store |
| 476 | Guiseapue Store |
| 477 | Guitar bag Store |
| 478 | Hangzhou Suoyin Import & Export Co., Ltd. |
| 479 | |
| 480 | He Zong Outdoor Store |
| 481 | |
| 482 | HJ Life has you Store |
| 483 | HomeBeOfficial Store |
| 484 | Huaswin Store |
| 485 | |

| 486 | Irelia Store |
|---|---|
| 487 | Jamescastle Store |
| 488 | |
| 489 | |
| 490 | Keep-Running Store |
| 491 | let'skeeping Store |
| 492 | Litei96 Store |
| 493 | |
| 494 | LT Outdoor Suppliers Store |
| 495 | Mi Smart- Store |
| 496 | My New Bag Store |
| 497 | Nantong Bodyplus Trading Co., Ltd. |
| 498 | Nice-30-Days Store |
| 499 | Ningbo Wonderful Plastic Industry And Trade Co., Ltd. |
| 500 | NOEBY OnlyOne Store |
| 501 | OHDREAM Rise Outdoor Fitness Store |
| 502 | OUO Fitness Store |
| 503 | Outdoor Adventure World Store |
| 504 | Outdoor Assistant Store |
| 505 | |
| 506 | Outdoor Factory Drop Shipping Wholesaler Keep Moving Store |
| 507 | Outdoor Fitness & Cycling Store |
| 508 | Outdoor Goods Store |
| 509 | |
| 510 | Outdoor Hobby Store |
| 511 | |
| 512 | |
| 513 | Outdoor Wholesaler Drop Ship Towards Victory Store |
| 514 | |
| 515 | Outdoor-Sport Store |
| 516 | Pro Hiker Store |
| 517 | |
| 518 | QILILANG Store |
| 519 | Relax oneself Store |
| 520 | Rujia Bike Store |
| 521 | |
| 522 | Shop1742026 Store |
| 523 | Shop3901062 Store |
| 524 | Shop4679017 Store |
| 525 | Shop4800046 Store |
| 526 | Shop4998130 Store |

| | |
|---|---|
| 527 | |
| 528 | |
| 529 | |
| 530 | Shop5623092 Store |
| 531 | Shop5623186 Store |
| 532 | Shop5628321 Store |
| 533 | |
| 534 | Shop5789161 Store |
| 535 | Shop801868 Store |
| 536 | Shop900058002 Store |
| 537 | Sikiwind Outdoor Store |
| 538 | Sikiwind Outdoor Store Store |
| 539 | Sion Store |
| 540 | Smart-home-Xiaomi Store |
| 541 | Splendiferous Go To Go Store |
| 542 | Sportsdiary Store |
| 543 | Sportworld Store |
| 544 | |
| 545 | Suamo955 Store |
| 546 | |
| 547 | superCassiopeia Store |
| 548 | superChoGath Store |
| 549 | Tools Heaven Store |
| 550 | Vicki Purdy Store |
| 551 | VIVIESTA SPORT Official Store |
| 552 | Wayfaring Outdoor Area Store |
| 553 | WEIHUA Movement supplies Store |
| 554 | Wholesaler Keep Moving Store |
| 555 | |
| 556 | Wuxi Stoter Import And Export Company Ltd. |
| 557 | Yongkang Taqing Trade Co., Ltd. |
| 558 | Youchuang Co.,Ltd |
| 559 | |
| 560 | |
| 561 | |
| 562 | |
| 563 | |
| 564 | all_sport |
| 565 | Babysupplies |
| 566 | Bestjerseys2020 |
| 567 | cfgs |

| 568 | Dadoudou |
|-----|----------|
| 569 | Dayao05 |
| 570 | easy_deal_tech |
| 571 | enjoyweekend |
| 572 | Funibaoluo |
| 573 | |
| 574 | |
| 575 | hlq1027 |
| 576 | homeworld |
| 577 | hopestar168 |
| 578 | Isearching |
| 579 | Jooyoo |
| 580 | jurassicstore |
| 581 | justokay |
| 582 | |
| 583 | leviis |
| 584 | Liangliang5 |
| 585 | |
| 586 | |
| 587 | Loverbeauty |
| 588 | mandystores |
| 589 | mouney |